No. 73–180. GATEWAY CENTER CORP. *v.* MERRIAM. C. A. 3d Cir. Certiorari denied.

No. 73–181. STATE ELECTRIC SERVICE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 73–182. BISHOP ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–250. HAYNE *v.* BOEING Co. C. A. 7th Cir. Certiorari denied.

No. 73–5025. GOETZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–5040. KHOURI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5041. CROCKETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5042. MARSHALL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5043. MYLES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5045. TAYLOR, AKA FINDLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5049. STREETER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5050. GUZMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.